IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARILYN J. MOSBY,<br><br>  Defendant. | )<br>)<br>)<br>)  Criminal Case No. 22-cr-00007-LKG<br>)<br>)  Dated:  September 5, 2023<br>)<br>)<br>) |

# ORDER

The Court has scheduled a hearing on Defendant's motion to transfer venue; to sever Counts 1 and 3 from Counts 2 and 4 of the Superseding Indictment; and the parties' briefing on CARES Act jury instructions, to be held on **September 8, 2023**. The parties shall adhere to the following time allocations for the presentation of oral arguments for each of these matters:

Opening arguments, **10** minutes each;

Responses, **10** minutes each; and

Rebuttal, if any, **5** minutes each.


**IT IS SO ORDERED.**


s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge