**United States District Court for**
**the District of Maryland**

|  |  |
|---|---|
| **United States** | |
| **v.** | **No. 1:22-cr-7-LKG** |
| **Marilyn Mosby** | |

**Proposed Order**

For the reasons stated in Marilyn Mosby's Motion in Limine to Exclude Certain Evidence Regarding the Florida Homes and Characterizing the Homes as "Luxury" Properties in the Perjury Trial, it is hereby ORDERED that, at the perjury trial, the Government is precluded from presenting the prices, pictures, and descriptions of the homes Mrs. Mosby purchased in Florida, whether included in appraisal reports or any other documents, as well as the fact that Mrs. Mosby sold the Kissimmee home for a profit. It is further ORDERED that the Government is precluded from referring to the homes as "luxury" properties or using any similar reference or description.

Date: _____          _____

Hon. Lydia Kay Griggsby
United States District Judge