IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Crim. No. LKG-22-7** |
| | ) | |
| **MARILYN J. MOSBY,** | ) | |
| | ) | |
| **Defendant** | ) | |

\*\*\*\*\*\*\*\*

**ORDER**

Having considered the grounds advanced in the Government's Motion to Exclude Improper Evidence and References Regarding Other Prosecutorial Activity and Fund Ownership, ECF 255,

IT IS HEREBY ORDERED that the requested motion is GRANTED; and that the Defendant is precluded from introducing evidence and making reference to other prosecutorial and fund ownership matters as outlined in the motion.

_____  _____
Date                                                        Lydia K. Griggsby
                                                                  United States District Judge