============================================================

# UNITED STATES DISTRICT COURT
--------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                                    CASE NUMBER:  LKG-22-0007

MARILYN J. MOSBY

To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel in this case for Marilyn J. Mosby.  I certify that I am eligible to practice in this court.

Date:  <u>December 1, 2023</u>

                                                                          /s/
                                        SEDIRA S. BANAN #804827
                                        Assistant Federal Public Defender
                                        Office of the Federal Public Defender
                                        100 South Charles Street
                                        Tower II - 9TH Floor
                                        Baltimore, Maryland 21201
                                        (410) 962-3962 (t)
                                        (410) 962-3976 (f)
                                        Email: Sedira_Banan@fd.org