IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated:  December 21, 2023 |
| ) | |
| Defendant. ) | |

# ORDER

The Court has scheduled a pre-trial hearing on the parties' motions *in limine*, to be held on **January 5, 2024**. The parties shall adhere to the following time allocations for the presentation of oral arguments for each of these matters:

For the Government's motion *in limine*:

    Opening arguments, **15** minutes;

    Responses, **10** minutes; and

    Rebuttal, if any, **5** minutes.

For the consolidated argument on the Defense's motions *in limine*:

    Opening arguments, **25** minutes each;

    Responses, **20** minutes each; and

    Rebuttal, if any, **15** minutes each.

**IT IS SO ORDERED.**

                                              s/ Lydia Kay Griggsby
                                              LYDIA KAY GRIGGSBY
                                              United States District Judge