# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **CRIMINAL NO. LKG-22-7** |
| MARILYN J. MOSBY | |

## Joint Proposed Voir Dire

The parties jointly file the proposed voir dire included herein. The parties reserve the right to supplement and/or amend the proposed voir dire in light of the Court's rulings at the Pretrial Conference scheduled for January 5, 2024. For example, if the Court rules that evidence regarding CARES Act-related offenses is admissible during the mortgage fraud trial, the Defense reserves the right to request the addition of related voir dire.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/ Sean R. Delaney
Sean R. Delaney
Aaron S. J. Zelinsky
Assistant United States Attorneys

/s/ James Wyda
James Wyda (#25298)

Federal Public Defender

Maggie Grace (#29905)
Sedira Banan (#804827)
Cullen Macbeth (#810923)
Assistant Federal Public Defenders

1

Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
Phone: (410) 962-3962
jim_wyda@fd.org
maggie_grace@fd.org
sedira_banan@fd.org
cullen_macbeth@fd.org

**United States v. Marilyn J. Mosby**
**22-cr-0007**
**Voir Dire Questions for Mortgage Fraud Trial**
**January 16, 2024**

Good morning, Ladies and Gentlemen.  The case for which a jury is now being selected is a criminal case against the Defendant, Marilyn J. Mosby, who is charged by indictment with making false statements on a loan application.  As I will instruct you later, an indictment is simply a formal way of charging someone with a crime and it is not evidence of guilt.

Criminal defendants are presumed innocent unless and until proven guilty beyond a reasonable doubt.  In this case, Ms. Mosby denies the charges set forth against her in the indictment.

In general, the indictment alleges that Ms. Mosby made false statements in relation to loan applications for two different properties.  Ms. Mosby denies these allegations and she has entered a plea of not guilty.

I am now going to ask a series of questions that can be answered by Yes or No. Please listen carefully and respond honestly.  Please note your responses to each of the questions on the materials that have been provided to you.

When all of the questions have been asked, I will then ask each juror with an affirmative answer to one or more questions to discuss your answers out of the presence of other members of the jury panel.  When you do so, please, identify yourself by juror number only.

It is estimated that the trial of this case will take three weeks, during which the Court will be in session from 9:30 a.m. to 5:00 p.m. on Mondays through Thursdays.

**<u>Knowledge Of Case/Parties/Other Matters</u>**

1.      Marilyn Mosby was the Baltimore City State's Attorney from 2015 through 2022.  Her ex-husband is Baltimore City Council President Nick Mosby.  Do you personally know, or have you had any dealings with Ms. Mosby, or any of her friends, associates, or family members, including her ex-husband, Mr. Mosby?

2.      Do you have any opinions of Ms. Mosby, favorable or unfavorable?

3.      Do you know, or have you had any dealings or association with, any of the following persons or members of their families:

> **(a)**      Counsel for the United States of America, Assistant United States Attorneys Sean Delaney or Aaron Zelinsky?
>
> **(b)**      The law enforcement officers who worked on or are working on this case: FBI Special Agent Christine Parr or IRS Special Agent Rachel Solomon?
>
> **(c)**      Counsel for Ms. Mosby, attorneys James Wyda, Maggie Grace, or Sedira Banan?
>
> **(d)**      Me (Honorable Lydia Kay Griggsby) as a judge or at any other time, or any of my staff?
>
> **(e)**      Look around the room you are in right now.  These are the other individuals who may serve on the jury.  Do you know, or have you had any dealings or association with them or members of their families?
>
> **(f)**      The following people who may be witnesses in the case or who may be mentioned by various witnesses: [TO BE COMPLETED]

4.      Do you know the United States Attorney for the District of Maryland, Erek L. Barron, any of the Assistant United States Attorneys in that office, or any other employees of the United States Attorney's Office here in Maryland?

5.      Do you know the Federal Public Defender, James Wyda, any of the assistant federal public defenders, or any other employees of the Federal Public Defender's Office?

6.      Do you know anyone who works in this courthouse in any capacity?

7.      Have you read or heard anything about this case or Ms. Mosby, from any source whatsoever, including newspaper, radio, television, social media, or the parties?

<u>FOLLOW UP QUESTIONS AT BENCH</u>:

> **(a)**      What was the nature of what you heard or saw?
>
> **(b)**      Have you formed any impression or opinion at all as to the merits of this

4

case on or about Ms. Mosby?

**(c)**    If you have formed an opinion about this case on or about Ms. Mosby, would that opinion prevent you from maintaining an open, impartial mind until all of the evidence is in and instructions of the Court are given?

**<u>Law Enforcement/Law School/Lawyer And Judicial Affiliations</u>**

8.      Have you, any member of your family, or any of your close friends ever been employed by any prosecutor's office or law enforcement agency, or applied for a position with any prosecutor's office or law enforcement agency?

<u>FOLLOW UP QUESTION AT BENCH</u>:

If so, what agency, what position, and when?

9.      Have you, any member of your family, or any of your close friends ever worked for a private agency or company with police or investigative functions, such as a private investigative firm?

<u>FOLLOW UP QUESTION AT BENCH</u>:

If so, what company, what position, and when?

10.     Have you, any family member, or any of your close friends ever been employed by a public defender's office, whether state or federal, a private criminal defense attorney, or any other entity that provides services to persons charged with or convicted of a crime?

<u>FOLLOW UP QUESTION AT BENCH</u>:

If so, what agency, what position, and when?

11.     Have you, any family member, or any of your close friends ever been employed by a public defender's office, whether state or federal, a private criminal defense attorney, or any other entity that provides services to persons charged with or convicted of a crime?

<u>FOLLOW UP QUESTIONS AT BENCH</u>:

If so, what agency, what position, and when?

12.     Have you, any family member or any close friends ever been employed by a state or federal court or a court-related agency such as a Sheriff's Office, Clerk's Office, Probation and Parole Office, United States Marshal's Office, Pretrial Services, or bail agency or similar department or organization?

<u>FOLLOW UP QUESTION AT BENCH</u>:

If so, what agency, what position, and when?

13.     Are you, any family member, or any of your close friends related to any judge, law clerk, or court personnel?

<u>FOLLOW UP QUESTION AT BENCH</u>:

If so, please elaborate.

14.     Have you, any member of your family, or any of your close friends ever attended

a law school, taken a paralegal course, received legal education or training of any kind, or worked with a lawyer, law firm, in a courthouse, or as a paralegal, legal secretary, or private investigator?

15.     Are you presently a party in any case pending in this or any other federal or state court?

FOLLOW UP QUESTION AT BENCH:

If so, what court, what was the nature of the case, and what was your role in the case?

16.     Have you, any member of your family, or any of your close friends ever been involved in any legal dispute with any federal, state, or local government, or any agency thereof, including but not limited to the Baltimore City State's Attorney's Office, the Department of Justice, or the FBI?

FOLLOW UP QUESTION AT BENCH:

If yes, follow-up at the bench regarding the nature of the dispute.

17.     Does the Internal Revenue Service or the State of Maryland have a claim, lien, judgment, or debt against you, any member of your family, or any of your close friends?

18.     Have you, any member of your family, or any of your close friends ever had a positive or negative experience with state or federal tax collection or enforcement?

19.     Have you, any member of your family, or any of your close friends had a positive or negative experience, feeling, or opinion about prosecutors, including the U.S. Department of Justice, or the Baltimore City State's Attorney's Office, or law enforcement, including FBI agents?

20.     Have you, any member of your family, or any of your close friends had a positive or negative experience, feeling, or opinion about defense attorneys, or others employed in criminal defense work?

21.     Do you, any member of your family, or any of your close friends have any reservations concerning the administration of criminal justice in the courts that would prevent you from rendering a fair and impartial verdict in this case?

22.     During this trial, a number of the witnesses called by the Government may be state or federal law enforcement officers or employees. Would you tend to give greater weight or lesser weight to the testimony of such a witness merely because he or she is a law enforcement officer or employee?

23.     Would you tend to give greater weight or lesser weight to the testimony of a

7

witness merely because he or she was called by the prosecution?

24.     Would you tend to give greater weight or lesser weight to the testimony of a witness merely because he or she was called by the defense?

25.     Do you believe that the judicial system in general is unfair or that federal laws in general punish too harshly or too leniently?

26.     Do you, any members of your family, or any of your close friends belong to any group that advocates a change in our criminal justice system or our criminal sentencing guidelines, including any group which advocates a position on the reduction or increase in prison sentences?

**<u>Victim/Witness of Crime/Moral And Philosophical Objections</u>**

27.     Have you, any member of your family, or any of your close friends ever been the victim of a crime?

28.     Have you, any member of your family, or any of your close friends ever been charged, arrested, or accused of criminal conduct or ever been the subject of a criminal investigation, whether it be federal, state, or local? This includes serious traffic offenses, DUI or DWI, and drug possession, among other things.

29.      Have you, any member of your family, or any of your close friends ever been a witness to a crime?

30.     Have you, any member of your family, or any of your close friends ever been a witness for the prosecution or the defense in a criminal case?

<u>FOLLOW UP QUESTIONS AT BENCH FOR QUESTIONS 32 through 35</u>:

    **(a)**     How long ago?

    **(b)**     What was the nature of that experience?

    **(c)**     How was the matter resolved?

    **(d)**     How did you feel about the police officers' treatment of the matter?

    **(e)**     Do you hold any animosity toward the Government (including prosecutors) or against any police officers as a result?

    **(f)**     Do you hold any animosity toward any defense attorneys or anyone working on behalf of defense attorneys as a result?

31.     Do you have any opinions, religious or moral beliefs, philosophies, or prejudices that would prevent you from judging the conduct of another person?

32.     Have you, any member of your family, or any of your close friends ever worked as a tax preparer or accountant or have any specialized knowledge, training, education, or experience in tax matters?

33.     Is there a primary person in your household who takes responsibility for preparing taxes or handling financial matters? If so, who is that person? **(The Government objects to this question)**

34.     Have you, any member of your family, or any of your close friends ever worked in the real estate or mortgage industries, including for a mortgage company, a mortgage loan originator, a real estate company, or a title or escrow company, or have any specialized knowledge, training, education, or experience in the real estate or mortgage industries?

35.     Based on your own personal experience, do you have an understanding of the process of purchasing a home or obtaining a mortgage? **(The Government objects to this question)**

36.     Do you have any negative opinions about divorce or people who get divorced? **(The Government objects to this question)**

37.     Do you have any negative opinions about people who purchase multiple homes? **(The Government objects to this question)**

38.     Do you have any negative opinions about people who owe taxes? **(The Government objects to this question)**

**Prior Jury Service/Experience**

39.     Have you ever served on a grand jury in either state or federal court?

FOLLOW UP QUESTIONS AT BENCH:

      (a)     If so, did anything happen during your service as a grand juror that would influence you in any way in  this case?

40.     Have you ever served as a juror in a criminal case in either state or federal court?

FOLLOW UP QUESTIONS AT BENCH:

If so:

      (a)     In what court did you serve as a juror, what charges were involved in the trial, and what was the result of the trial?

      (b)     Do you believe the case was fairly decided?

      (c)     Did anything happen during the course of your jury service that would influence you in any way in this case?

**The Defense does not feel Questions 39 and 40 are necessary.**

## **Ability To Follow Jury Instructions**

41.     The Court will instruct you that an indictment—a formal document that accuses someone of committing a crime—is just an allegation.  An indictment is not proof of anything.  Do you believe a person who has been arrested or charged with a crime in federal court is probably guilty?

42.     Under our Constitution, every person charged with a criminal offense is presumed innocent.  That means the person starts a trial innocent and remains innocent unless and until the Government proves that person is guilty beyond a reasonable doubt.  Would you have any difficulty in applying this presumption of innocence?

43.     If selected to serve as a juror in this case, you will be instructed that you are not to consider punishment, as that is for the Court to decide.  You are not to speculate, whatsoever, about what the possible punishment in this case might be if the defendant is found guilty of the charges.  Would you be unable to put any consideration of punishment out of your mind and consider only the facts of the case based on the evidence at trial?

44.     At the end of this trial, I will instruct you on the law which must be followed in this case.  Even if you personally did not agree with the law as I described it to you, would you hesitate—or be unwilling or unable—to follow my instructions on the law?

45.     Jurors will be instructed that they may not research anything about the case on the internet, social media, digital or print newspaper, or elsewhere, and that they must avoid any reports or information about the case or the trial in the media, on the internet, or on social media.  Would you be able to obey such an instruction during the course of the entire trial?

46.     The burden rests with the prosecution to prove the charges against Ms. Mosby beyond a reasonable doubt.  This means Ms. Mosby does not need to prove her innocence or explain her side of the story. Do you think a defendant is probably guilty if she does not call any witnesses or present any evidence?

47.     Because it is the Government's burden to prove a defendant guilty, the defendant is not required to testify and explain her side of the case.  Would you hold any negative opinion against a defendant if she does not testify?

48.     If it should come to pass, after you have heard all the evidence, the arguments of the lawyers, and my instructions on the law, that you are persuaded that the defendant is guilty of the charge beyond a reasonable doubt, then it would be your duty to vote guilty.  Do you feel that you would be unable to carry out that duty?

49.     On the other hand, if, after you have heard all of the evidence, the arguments of the lawyers, and my instructions on the law, you then have a reasonable doubt as to the defendant's guilt on a specific charge or charges, then it would be your duty to vote not guilty on the charges to which you have a reasonable doubt.  Do you feel that you would be unable to carry out this responsibility?

50.     To reach a verdict, every juror must agree on the verdict. That is, any verdict must be unanimous.  It is your duty, as jurors, to consult with one another and to deliberate with a view to reaching an agreement, if you can do so without compromising your individual judgment.  If selected, would you be unable to engage in this process that I have described?

51.     Do you know of any other reason why you could not sit with absolute impartiality to both sides as a juror in this case?

**Regarding Availability And Ability To Be A Juror**

52.     Do you have any impairment of your vision or hearing that might make it difficult for you to see or hear witnesses who testify during the trial?

53.     Do you have any difficulty understanding the English language to the extent that it would prevent you from following the testimony and other evidence (for example, documents) in this case?

54.     Are you presently taking any medication that might make you unable to give your full attention to the evidence?

55.     Do you suffer from any physical or mental illness or condition or are you receiving counseling for issues that would affect your ability to serve as a juror in this case for any reason?

56.     Do you have any personal, family, or other considerations that would make it difficult for you to serve as a juror during these dates and times?

57.     Do you have anything else you wish to bring to my attention regarding your possible  service as a juror in this case which I have not already asked you?

58.     Are you not a citizen of the United States?

59.     Are you not a resident of the State of Maryland?

60.     Are you not fully vaccinated against COVID-19?