### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 22-cr-00007-LKG |
| MARILYN J. MOSBY | Dated: January 29, 2024 |
| Defendant. | **HEARING REQUESTED** |

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the Movants, Reed Smith, LLP, Rizwan A. Qureshi, Esquire, Anthony R. Todd, Esquire and Shayna A. Jackson, Esquire.

I certify that I am admitted to practice in this Court.


Date:   January 29, 2024                    /s/
                                         Arnold M. Weiner, Bar No. 01605
                                         RIFKIN WEINER LIVINGSTON LLC
                                         2002 Clipper Park Road, Suite 108
                                         Baltimore, MD 21211
                                         aweiner@rwllaw.com
                                         Phone: (410) 769-8080
                                         Fax: (410) 769-8811

                                         *Attorneys for Movants, Reed Smith, LLP, Rizwan A. Qureshi, Esquire, Anthony R. Todd, Esquire and Shayna A, Jackson, Esquire*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 29th day of January 2024, copies of the within Entry of Appearance were served on all parties of record via ECF.

_____/s/_____
Arnold M. Weiner, Bar No. 01605