**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
TOLL FREE: (855) 213-8450

JAMES WYDA
FEDERAL PUBLIC DEFENDER

May 22, 2024

Honorable Lydia Kay Griggsby
United States District Judge
United States District Court – Greenbelt
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   *United States v. Marilyn Mosby*, No. 22-cr-007 – Updated notice of speakers

Dear Judge Griggsby,

The Defense writes with an updated list of speakers and requests permission to add two speakers.

The Defense intends to offer brief remarks from the following individuals, as previously noticed: Daphne Alston, Janice Bledsoe, Retired Lt. Colonel Tyrone Bost, Latosha Brown, Ben Crump, Brittany Johnson, Anthony Muhammad, Lindsay Richardson, Michael Schatzow, Reverend Kevin Slayton, Eric Simmons, and Alan Wright. *See* ECF 519.

Ms. Tymeka D. Jones will be present and testify at the Court's invitation. Ms. Mosby requests any testimony from Ms. Jones be offered in a sealed portion of the sentencing hearing.

The Defense no longer intends to offer brief remarks from the following individuals who were previously noticed: Jima Chester, Michael Collins, Becky Feldman, Shalik Fulton, Michelle Lee, A.M., N.M., and Taylor-Omaree Smith. *See* ECF 519.

With the Court's permission, the Defense will offer brief remarks from the following two individuals: J. Wyndal Gordon, a professional acquaintance who will address topics raised in his previously submitted letter (ECF 514-16); and Kim Gardner, the former Circuit Attorney for St. Louis, Missouri, who will address Ms. Mosby's work in the national civil rights community as well as the challenges of bringing change as the chief prosecutor in a large city.

The Defense expects the speakers' remarks will each be three minutes or less.

Respectfully,

/s/ James Wyda
James Wyda (#25298)