### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated:  August 29, 2024 |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

On August 28, 2024, Defendant, Marilyn J. Mosby, through her attorneys, filed a motion for permission to travel, seeking the Court's permission to travel to Livermore, California for an in-person visit with her prospective employer.  ECF No. 572.  The Defendant states that the requested travel is necessary because she has received a tentative job offer from a California-based employer, which is requiring that she attend in-person orientation, training and meetings with leadership before determining whether to move forward with an official offer of employment.  *Id*. at 2.  The Government and the United States Probation Office for this District do not object to the Defendant's motion.

In light of the foregoing, and for good cause shown, the Court:

(1) **GRANTS** the Defendant's motion for permission to travel;

(2) **MODIFIES** the Defendant's conditions of supervised release to permit her to travel to Livermore, California **between September 29, 2024, and October 6, 2024**.  An itinerary shall be provided to the Probation Officer.

(3) All other conditions of supervision shall remain in effect.


**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge