# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 22-cr-00007-LKG |
| ) | |
| MARILYN J. MOSBY, ) | Dated: September 26, 2024 |
| ) | |
| Defendant. ) | |

## ORDER

On September 26, 2024, Defendant, Marilyn J. Mosby, filed a motion for permission to attend staff dinners for employment purposes during Court-approved business-related travel to California, between September 29, 2024 and October 6, 2024. ECF No. 578. The United States Probation Office for this District opposes Defendant's motion. *Id*. at 1. The Government also opposes Defendant's motion. *Id*.

For the foregoing reasons, the Court **DENIES** Defendant's motion for permission to attend staff dinners for employment purposes (ECF No. 578).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge