IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA | * |
| v. | * Crim. No. 22-LKG-0007 |
| MARILYN J. MOSBY | * |

**UNOPPOSED MOTION FOR RETURN OF PASSPORT**

Defendant Marilyn Mosby, through her attorneys, James Wyda, Federal Public Defender for the District of Maryland and Paresh S. Patel, Assistant Federal Public Defender, respectfully requests an order directing the Clerk of Court to release her passport. In support of this Motion, Ms. Mosby states as follows:

1. Ms. Mosby surrendered her passport as a condition of her pretrial release in the above-captioned case. *See* ECF No. 492, Receipt for Surrender of Passport.

2. Ms. Mosby was convicted and sentenced in the above captioned case to a total term of time served and a supervised release term of 3 years with a condition of home detention for 12 months—a condition which took effect on June 20, 2024. *See* ECF 532.

3. Ms. Mosby's home detention condition will be complete as of June 20, 2025. And United States Probation has advised undersigned counsel that it also plans to file a motion for early termination of Ms. Mosby's supervised release upon the completion of her detention condition on June 20, 2025.

4. As a result, Ms. Mosby would like to have her passport returned to her to use as identification document and to use for international travel.

5. United States Probation Officer Rachel Snyder and Assistant United States Attorney Sean Delaney have no objection to this request.

**WHEREFORE**, Mr. Mosby respectfully requests that the Court enter the attached order directing the return of her passport as of June 20, 2025.

        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender
          for the District of Maryland

        _____/s/_____
        PARESH S. PATEL
        Assistant Federal Public Defender
        6411 Ivy Lane, Suite 710
        Greenbelt, Maryland 20770
        Office: (301) 344-0600
        Fax: (301) 344-0019
        Email: paresh_patel@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users

                /s/ Paresh S. Patel
                PARESH S. PATEL
                Assistant Federal Public Defender