IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA | * |
| v. | * Crim. No. 22-LKG-0007 |
| MARILYN J. MOSBY | * |

**MOTION FOR WAIVER OF LOCATION MONITORING FEE**

Defendant Marilyn Mosby, through her attorneys, James Wyda, Federal Public Defender for the District of Maryland and Paresh S. Patel, Assistant Federal Public Defender, respectfully requests that this Court enter an order waiving her location monitoring fee. In support of this Motion, Ms. Mosby states as follows:

1. Ms. Mosby was convicted of two counts of perjury in violation of 18 U.S.C. § 1621 (Counts One and Three), and one count of false statement on a loan application in violation of 18 U.S.C. § 1014 (Count Four).

2. On May 23, 2024, this Court sentenced Ms. Mosby to time served on these counts, with three years of supervised release. As a condition of her supervised release, the Court placed Ms. Mosby on home detention for a 12-month period (which started on June 20, 2024). Accompanying this condition, the Court also ordered Ms. Mosby to pay all costs associated with the monitoring as directed by her probation officer. The home detention condition—a condition with which Ms. Mosby has been fully compliant—is coming to an end on June 20, 2025. At that time, a hefty location monitoring fee will come due. According to United

States Probation Officer, that fee (as of June 11, 2025) consisted of $1,447.23 and will increase somewhat by the time the home detention condition ends on June 20, 2025.

3.  Ms. Mosby is requesting that this Court waive this fee to prevent further financial stress for her. Although Ms. Mosby is currently employed, she has been financially devastated over the course of her prosecution in this case, which started 3 ½ years ago. During this lengthy period of time, her savings were depleted due to legal fees, long periods of unemployment, and credit card debt—so much that she became indigent and required the services of the Office of the Federal Public Defender. She is now a single mother of two children with limited resources and many bills to pay. As a result, a bill exceeding $1,477 for location monitoring is too much of a financial constraint on Ms. Mosby at this time.

4.  United States Probation Officer Rachel Snyder consents to the motion, and Assistant United States Attorney Sean Delaney defers to the Court.

**WHEREFORE**, Mr. Mosby respectfully requests that the Court enter the attached order waiving Ms. Mosby's location monitoring fee.

Respectfully submitted,


JAMES WYDA
Federal Public Defender
  for the District of Maryland

_____/s/_____
PARESH S. PATEL
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Office: (301) 344-0600
Fax: (301) 344-0019
Email: paresh_patel@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users

        /s/ Paresh S. Patel
PARESH S. PATEL
Assistant Federal Public Defender